UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALLISON DVALADZE, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>DELTA AIR LINES, INC., a Delaware Corporation; JOHN DOE 1 and JANE DOE 1, husband and wife, and the marital community composed thereof; and DOES 2 THROUGH 10,<br><br>        Defendant. | Case No.<br><br>COMPLAINT FOR DAMAGES |

COMES NOW the Plaintiff, by and through her undersigned attorneys, and alleges as follows:

### I. THE PARTIES

1.1    Plaintiff Allison Dvaladze is now and at all times material hereto has been an individual residing within Kitsap County, Washington.

1.2    At all times material hereto, Defendant DELTA AIR LINES, INC. (hereinafter "Delta") is and has been a Delaware corporation headquartered at 1030 Delta Blvd., Atlanta,

COMPLAINT FOR DAMAGES – Page 1

*Law Offices Of*
**Krutch Lindell Bingham Jones, P.S.**
One Union Square
600 University Street, Suite 1701
Seattle, WA 98101
(206) 682-1505 FAX: (206) 467-1823
Seattle, WA 98101 FAX: (206) 467-1823

3354 nb230501

GA 30354, and doing business in King County, Washington. At all times material hereto, Delta has maintained a registered agent for service in Tumwater, Washington.

1.3 Defendant JOHN DOE 1 (hereinafter "John Doe 1") is an individual that committed a sexually motivated assault against Ms. Dvaladze on or about April 15, 2016. The true name and identity of John Doe 1 is presently unknown, and he is therefore sued under this fictitious name. John Doe 1 and Jane Doe 1 are believed to be and therefore alleged to be husband and wife, constituting a marital community under the laws of the State of Washington and/or their domicile. All actions of John Doe 1 alleged herein were performed on behalf of the marital community.

1.4 Defendants DOES 2 through 10 are individuals or entities that are believed to have committed negligent or tortious acts, which caused Ms. Dvaladze's injuries. The true names and identities of said individuals and/or entities are presently unknown, and they are therefore sued under their fictitious names.

## II. JURISDICTION AND VENUE

2.1 Ms. Dvaladze re-alleges and incorporates by reference all preceding paragraphs in this complaint as if fully set forth herein.

2.2 Federal Question jurisdiction is proper under 28 U.S.C. §1331. The subject matter of this claim involves an accident that occurred during international air travel, and Ms. Dvaladze's cause of action arises from a treaty agreement, namely Convention for the Unification of Certain Rules Relating to International Carriage by Air, opened for signature on May 18, 1999, reprinted in S. Treaty Doc. 106-45 at 27 (2000) 1999 WL 33292734 (entered into force November 4, 2003) (treaty), commonly referred to as the Montreal Convention (hereinafter "Montreal Convention").

COMPLAINT FOR DAMAGES – Page 2

*Law Offices Of*
**Krutch Lindell Bingham Jones, P.S.**
One Union Square
600 University Street, Suite 1701
Seattle, WA 98101
(206) 682-1505  FAX: (206) 467-1823
Seattle, WA 98101  FAX: (206) 467-1823

3354 nb230501

2.3     Diversity jurisdiction is proper under 28 U.S.C. §1332. The parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

2.4     The United States District Court for the Western District of Washington has personal jurisdiction over Delta and is a proper venue for this action under Article 33 of the Montreal Convention because the State of Washington is (1) a state in which Delta has a place of business through which the contract was made and/or (2) was and is the principle and permanent place of residency for Ms. Dvaladze and a place from which Delta operates services for the carriage of persons by air from premises leased or owned by the carrier itself or by another carrier with which it has a commercial agreement.

2.5     This Court has personal jurisdiction over Delta, which has sufficient minimum contacts with and has purposefully availed itself of the benefits of doing business in this State and District—in particular at Seatac International Airport in King County.

### III. FACTS

3.1     Ms. Dvaladze re-alleges and incorporates by reference all preceding paragraphs in this complaint as if fully set forth herein.

3.2     Prior to April 15, 2016, Ms. Dvaladze and Delta entered into a contract for international carriage, as that term is known and defined in Article 1 of the Montreal Convention, providing Ms. Dvaladze with roundtrip international travel as part of an "open-jaw" itinerary. The outgoing portion of the itinerary provided for travel by air from Seatac, Washington, to Amsterdam, the Netherlands, to Entebee, Uganda. The return portion of the itinerary provided for travel by air from Nairobi, Kenya, to Amsterdam, the Netherlands, to Seatac, Washington.

*Law Offices Of*
**Krutch Lindell Bingham Jones, P.S.**
One Union Square
600 University Street, Suite 1701
Seattle, WA 98101
(206) 682-1505  FAX: (206) 467-1823
Seattle, WA 98101  FAX: (206) 467-1823

3354 nb230501

3.3     The parties entered into this contract for international carriage while Ms. Dvaladze was in Seattle, Washington.

3.4     Pursuant to this contract for international carriage, on or about April 15, 2016, Ms. Dvaladze was a passenger on Delta Air Lines Flight 142 from Seattle, Washington, to Amsterdam, the Netherlands.

3.5     On the aforementioned flight, Ms. Dvaladze was seated in an aisle seat.

3.6     John Doe 1 sat next to Ms. Dvaladze.

3.7     During the flight, Ms. Dvaladze was either in the process of falling asleep or had already fallen asleep. While Ms. Dvaladze was either falling asleep or asleep, John Doe 1 shoved his hand between Ms. Dvaladze's legs and grabbed her crotch. Ms. Dvaladze immediately yelled "no" and knocked John Doe 1's hand away.

3.8     Despite Ms. Dvaladze's physical and verbal protest, John Doe 1 immediately grabbed Ms. Dvaladze's crotch a second time. Ms. Dvaladze again knocked his hand away.

3.9     Undeterred by Ms. Dvaladze's decisive and repeated attempts to prevent his sexual advances, John Doe 1 immediately tried to grab her crotch a third time. Ms. Dvaladze attempted to block him with her hand, but John Doe 1 hit her hand away, so he could grab her again, and leaned his bodyweight onto Ms. Dvaladze.

3.10    Ms. Dvaladze freed herself from the seat and ran towards the back of the plane to seek help from Delta crewmembers. Ms. Dvaladze advised the crewmembers about what happened. Although the crewmembers appeared to be well intentioned, and attempted to be supportive, they were unprepared to adequately deal with the situation. They acknowledged that this sort of incident occurs with some frequency and one of the Delta crewmembers explained to Ms. Dvaladze that you just have to "let it roll off your back." By the word, "it",

COMPLAINT FOR DAMAGES -- Page 4

*Law Offices Of*
**Krutch Lindell Bingham Jones, P.S.**
One Union Square
600 University Street, Suite 1701
Seattle, WA 98101
(206) 682-1505  FAX: (206) 467-1823
Seattle, WA 98101  FAX: (206) 467-1823

3354 nb230501

the crewmember apparently was referring to instances of sexual assault. One of the Delta crewmembers also expressed that they were more concerned about sexually motivated assaults perpetrated against unaccompanied minor passengers than adult passengers such as Ms. Dvaladze.

3.11 Ms. Dvaladze asked the Delta crewmembers if she could be reseated. The Delta crewmembers allowed Ms. Dvaladze to switch seats with another passenger—believed to be and therefore alleged to be the husband of a Delta employee—for part of the flight. However, shortly before landing, a Delta crewmember advised Ms. Dvaladze that she would need to return to her original seat and sit next to the man that sexually assaulted her because the Delta employee's husband wished to sit closer to the exit so he could depart the plane faster. Ms. Dvaladze refused to sit next to John Doe 1 again and the Delta crewmembers eventually found another passenger in her row who agreed to take her seat in exchange for Delta airmiles.

3.12 One or more of the Delta crewmembers informed Ms. Dvaladze that they would make an effort to determine the identity of John Doe 1. It is believed, and therefore, alleged that no Delta employees or agents made timely efforts to determine the identity of John Doe 1. As a result, the identity of John Doe 1 remains unknown to Ms. Dvaladze and law enforcement agencies attempting to conduct a criminal investigation relating to this assault.

## IV. CAUSE OF ACTION

4.1 Ms. Dvaladze re-alleges and incorporates by reference all preceding paragraphs in this complaint as if fully set forth herein.

COMPLAINT FOR DAMAGES – Page 5

3354 nb230501

*Law Offices Of*
**Krutch Lindell Bingham Jones, P.S.**
One Union Square
600 University Street, Suite 1701
Seattle, WA 98101
(206) 682-1505 FAX: (206) 467-1823
Seattle, WA 98101 FAX: (206) 467-1823

4.2     At the time of this incident, Delta was engaged in international carriage as defined in Article 1 of the Montreal Convention, and the Montreal Convention is therefore applicable to this action, pursuant to that same Article.

4.3     Pursuant to Articles 17 and 21 of the Montreal convention, Delta is strictly liable for damage sustained in the case of bodily injury to a passenger on board the aircraft up to 113,100 Special Drawing Rights.  Delta is also liable for damages beyond 113,100 Special Drawing Rights unless Delta proves that (a) such damage was not due to its negligence, wrongful act, or omission of Delta or its servants or agents or (b) such damage was due solely to the negligence or other wrongful act or omission of a third party.

4.4     As a result of the series of sexually motivated attacks on or about April 15, 2016, and their aftermath, Ms. Dvaladze suffered pain, shock, emotional distress, embarrassment, mortification, anxiety, anguish, loss of enjoyment of life, loss of past and future income, past and future medical expenses, and further injuries and damages as will be proven at trial.

4.5     Delta and/or its employees acted negligently, acted wrongfully, and wrongfully omitted actions in a manner that directly and proximately caused and/or contributed to Ms. Dvaladze's injuries, including, but not limited to, in the following ways:

> 4.5.1   Delta crewmembers—in a position of authority over the passengers during the flight— attempted to make Ms. Dvaladze return to and sit in the seat next to the man that had just committed a series of sexually motivated attacks against her, causing Plaintiff extreme emotional distress and anxiety.  Such actions were grossly negligent and outrageous in nature.

COMPLAINT FOR DAMAGES – Page 6

3354 nb230501

*Law Offices Of*
**Krutch Lindell Bingham Jones, P.S.**
One Union Square
600 University Street, Suite 1701
Seattle, WA  98101
(206) 682-1505  FAX: (206) 467-1823
Seattle, WA  98101  FAX: (206) 467-1823

    4.5.2    Delta failed to adequately train personnel and/or failed to adopt and/or failed to execute sufficient policies or procedures to prevent, deter, or properly respond to sexually motivated attacks on their flights.

    4.5.3    Delta failed to adopt and/or failed to execute sufficient policies or procedures to address sexually motivated attacks that have occurred on their flights.

    4.6    As a direct and proximate result of the incident described herein, and the negligent and tortious actions of the defendants, Ms. Dvaladze has suffered injuries and damages as are described below.

## V. DAMAGES

    5.1    Ms. Dvaladze re-alleges and incorporates by reference all preceding paragraphs in this complaint as if fully set forth herein.

    5.2    As a direct and proximate result of the incident described herein, and the negligent and tortious actions of the defendants, Ms. Dvaladze has suffered in the past, continues to suffer presently, and will suffer in the future, damages which include, but are not limited to, the following: physical pain and suffering; shock; emotional distress; embarrassment; mortification; anxiety; anguish; depression; loss of enjoyment of life; loss of income; expense of medical care, including counseling, and other medical special damages; and further injuries and damages as will be proven at trial.

    5.3    Further, by their negligence in adequately responding to and investigating this assault, Ms. Dvaladze was prevented from identifying the perpetrator of this attach, referred to herein as John Doe 1, thus preventing Ms. Dvaladze from pursuing just and equitable compensation from said individual.

COMPLAINT FOR DAMAGES – Page 7

3354 nb230501

*Law Offices Of*
**Krutch Lindell Bingham Jones, P.S.**
One Union Square
600 University Street, Suite 1701
Seattle, WA 98101
(206) 682-1505 FAX: (206) 467-1823
Seattle, WA 98101 FAX: (206) 467-1823

## V. PRAYER FOR RELIEF

WHEREFORE, Ms. Dvaladze prays for judgment against the Defendants jointly and severally, in amounts to be proven at trial, for damages as outlined above, and as follows:

5.1 For Ms. Dvaladze's general damages for pain, shock, emotional distress, embarrassment, mortification, anxiety, anguish, and loss of enjoyment of life as set forth above.

5.2 For all past, present and future special damages, including, but not limited to, all medical expenses, lost earnings and earning capacity, and all other recoverable special damages as may result from the injuries to Ms. Dvaladze alleged herein.

5.3 For all other general and special damages recoverable under Washington State law, the Montreal convention, or any other applicable law or treaty.

5.4 For pre- and post-judgment interest.

5.5 For costs, including reasonable attorneys' fees as allowed by law.

5.6 For such other and further relief as the Court may deem just and equitable.

DATED this 27th day of February, 2018.

KRUTCH LINDELL BINGHAM JONES, P.S.

By: /s/ J. Nathan Bingham
J. Nathan Bingham, WSBA #46325

/s/ Thomas W. Bingham
Thomas W. Bingham, WSBA # 7575

/s/ Jeffrey C. Jones
Jeffrey C. Jones, WSBA #7670

Attorneys for Plaintiff

COMPLAINT FOR DAMAGES – Page 8

3354 nb230501

*Law Offices Of*
**Krutch Lindell Bingham Jones, P.S.**
One Union Square
600 University Street, Suite 1701
Seattle, WA 98101
(206) 682-1505  FAX: (206) 467-1823
Seattle, WA 98101  FAX: (206) 467-1823

One Union Square
600 University Street, Suite 1701
Seattle, WA 98101
Telephone: (206) 682-1505
Facsimile: (206) 467-1823
jnb@krutchlindell.com

COMPLAINT FOR DAMAGES – Page 9

3354 nb230501

*Law Offices Of*
**Krutch Lindell Bingham Jones, P.S.**
One Union Square
600 University Street, Suite 1701
Seattle, WA 98101
(206) 682-1505  FAX: (206) 467-1823
Seattle, WA 98101  FAX: (206) 467-1823