Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ALLISON DVALADZE, an individual

       Plaintiff,

v.

DELTA AIR LINES, INC., a Delaware
Corporation; JOHN DOE 1 and JANE DOE
1, husband and wife, and the marital
community composed thereof; and DOES 2
THROUGH 10,

       Defendant.

No.: 2:18-cv-00297-RSL

ORDER ON STIPULATED MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR DEFENDANT DELTA
AIR LINES, INC.

THIS MATTER came before the Court on the Motion for Withdrawal and Substitution of
Counsel for Defendant Delta Air Lines, Inc.

THE COURT, having reviewed the records and the pleadings on file:

IT IS HEREBY ORDERED that the Stipulated Motion for Withdrawal and Substitution of
Counsel for Defendant Delta Air Lines, Inc., is GRANTED.

Entered on this _4th_ day of _October_ 2018.

_MMtSLasnik_
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANT DELTA AIR
LINES, INC. (NO. 2:18-cv-00297-RSL) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

Presented by:

2

3  KRUTCH LINDELL BINGHAM JONES, PS          MILLS MEYERS SWARTLING P.S.
   Attorneys for Plaintiff                   Substituting Attorneys for Defendant Delta Air
                                             Lines, Inc.
4

5  By: */s/J. Nathan Bingham*                By: */s/Caryn Geraghty Jorgensen*
       10/2/2018 E-mail Authority                Caryn Geraghty Jorgensen
       J. Nathan Bingham                         WSBA No. 27514
6      WSBA No. 46325
       Thomas W. Bingham                     By: */s/John Fetters*
7      WSBA No. 7575                              John Fetters
       Jeffrey C. Jones                          WSBA No. 40800
8      WSBA No. 7670
                                             By: */s/Rachael R. Wallace*
9      Krutch Lindell Bingham Jones, PS          Rachael R. Wallace
       600 University Street, Suite 1701         WSBA No. 49778
10     Seattle, WA  98101
       Telephone: 206-682-1505                   Mills Meyers Swartling
       jnb@krutchlindell.com                     1000 2nd Avenue, 30th Fl
11     twb@krutchlindell.com                     Seattle, WA  98104
       jcj@krutchlindell.com                     Telephone: 206-382-1000
12                                               Facsimile: 206-386-7343
                                                 cjorgensen@millsmeyers.com
13                                               jfetters@millsmeyers.com
                                                 rwallace@millsmeyers.com

14                                           NORTHCRAFT BIGBY
                                             Withdrawing Attorneys for Defendant Delta Air
15                                           Lines, Inc.

16                                           By: */s/Mark S. Northcraft*
                                                 10/1/2018 E-mail Authority
17                                               Mark S. Northcraft, WSBA No. 7888
                                                 Northcraft Bigby
18                                               819 Virginia Street, Suite C-2
                                                 Seattle, WA  98101
19                                               Telephone: 206-623-0229
                                                 Facsimile: 206-623-0234
20                                               Mark_northcraft@northcraft.com

21

22

23

24  STIPULATED MOTION FOR WITHDRAWAL AND          LAW OFFICES OF
    SUBSTITUTION OF COUNSEL FOR DEFENDANT DELTA AIR   **MILLS MEYERS SWARTLING P.S.**
    LINES, INC. (NO. 2:18-cv-00297-RSL) - 2      1000 SECOND AVENUE, 30TH FLOOR
25                                               SEATTLE, WASHINGTON  98104-1064
                                                 TELEPHONE (206) 382-1000
                                                 FACSIMILE (206) 386-7343
26