Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLISON DVALADZE, an individual<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware Corporation; JOHN DOE 1 and JANE DOE 1, husband and wife, and the marital community composed thereof; and DOES 2 THROUGH 10,<br><br>Defendant. | No.: 2:18-cv-00297-RSL<br><br>STIPULATED MOTION FOR AMENDED CASE SCHEDULING ORDER REGARDING EXPERT DISCLOSURES<br><br>NOTED FOR CONSIDERATION:<br>November 28, 2018 |

**STIPULATED MOTION**

The parties mistakenly proposed deadlines for the disclosure of expert testimony, and the disclosure of rebuttal expert testimony far before the cutoff for discovery. Under the prior proposed case scheduling order, which this Court granted, the parties set the expert disclosure deadline for approximately eight months prior to the discovery cut off. This length of time is bound to cause issues and disputes regarding the disclosure of expert testimony, and waste resources through unnecessary supplemental disclosures and increased expert involvement as new information becomes available (which has the potential of altering the expert's opinions).

STIPULATED MOTION FOR AMENDED CASE SCHEDULING ORDER RE EXPERT DISCLOSURES (NO. 2:18-cv-00297-RSL) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

To rectify the expert discovery deadlines to be consistent with accepted practice and to conform more closely with the typical case scheduling order, the parties propose a change to the deadlines for the disclosure of expert testimony and the rebuttal expert disclosure, as follows:

|  | **Proposed Deadline** |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | ~~January 9, 2019~~ <br> July 8, 2019 |
| Rebuttal expert disclosures/reports | ~~February 15, 2019~~ <br> August 7, 2019 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | September 4, 2019 |
| Discovery completed by | September 6, 2019 |
| Settlement conference held no later than | September 20, 2019 |
| All dispositive motions must be filed and noted on the motion calendar no later than the fourth Friday thereafter <br> (*see* LCR 7(d)(3)) | October 8, 2019 |
| Plaintiff's Pretrial Statement | November 15, 2019 |
| All motions *in limine* must be filed and noted on the motion calendar no earlier than the second Friday thereafter.  Replies will be accepted. | December 6, 2019 |
| Defendant's Pretrial Statement | November 20, 2019 |
| Deadline for Conference of Counsel regarding Joint Pretrial Order | December 6, 2019 |
| Exchange proposed jury instructions and verdict form | December 6, 2019 |
| Exchange of deposition designations | December 6, 2019 |
| Issue and serve trial subpoenas | December 23, 2019 |
| Agreed pretrial order due | December 27, 2019 |
| Exchange objections and cross-designations to deposition designations | December 12, 2019 |

STIPULATED MOTION FOR AMENDED CASE SCHEDULING ORDER RE EXPERT DISCLOSURES (NO. 2:18-cv-00297-RSL) - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | |
|---|---|
| Exchange objections to proposed jury instructions and verdict form | December 16, 2019 |
| Pretrial conference to be scheduled by the Court | |
| Exchange objections to deposition cross-designation | December 19, 2019 |
| Deadline to file deposition designations | December 23, 2019 |
| Trial briefs, proposed voir dire, jury instructions, and trial exhibits due | December 30, 2019 |
| Jury Trial Date | January 6, 2020 |

DATED:  November 28, 2018.

KRUTCH LINDELL BINGHAM JONES, PS  
Attorneys for Plaintiff

MILLS MEYERS SWARTLING P.S.  
Attorneys for Defendant Delta Air Lines, Inc.

By: *J. Nathan Bingham*  
11/28/2018 E-mail Authority  
J. Nathan Bingham  
WSBA No. 46325  
Thomas W. Bingham  
WSBA No. 7575  
Jeffrey C. Jones  
WSBA No. 7670

By: *s/Caryn Geraghty Jorgensen*  
Caryn Geraghty Jorgensen  
WSBA No. 27514  
John Fetters  
WSBA No. 40800  
Rachael R. Wallace  
WSBA No. 49778

STIPULATED MOTION FOR AMENDED CASE SCHEDULING ORDER RE EXPERT DISCLOSURES  
(NO. 2:18-cv-00297-RSL) - 3

LAW OFFICES OF  
**MILLS MEYERS SWARTLING P.S.**  
1000 SECOND AVENUE, 30TH FLOOR  
SEATTLE, WASHINGTON  98104-1064  
TELEPHONE (206) 382-1000  
FACSIMILE (206) 386-7343

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

James Nathan Bingham, jnb@krutchlindell.com, legalassistant@krutchlindell.com

Thomas William Bingham, twb@krutchlindell.com, legalassistant@krutchlindell.com

Jeffrey C. Jones, jcj@krutchlindell.com, legalassistant@krutchlindell.com

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participant:

and correct copy of the foregoing to the following non-CM/ECF participant:

N/A

DATED this 28th day of November 2018.

*s/Karrie Fielder*
Karrie Fielder

STIPULATED MOTION FOR AMENDED CASE SCHEDULING
ORDER RE EXPERT DISCLOSURES
(NO. 2:18-cv-00297-RSL) - 4

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343