Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALLISON DVALADZE, an individual<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware Corporation; JOHN DOE 1 and JANE DOE 1, husband and wife, and the marital community composed thereof; and DOES 2 THROUGH 10,<br><br>Defendant. | No.: 2:18-cv-00297-RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR CASE SCHEDULING ORDER REGARDING EXPERT DISCLOSURES<br><br>[PROPOSED] |

THIS MATTER came before the Court on plaintiff Allison Dvaladze and defendant Delta Air Lines joint request that the Court enter the proposed case scheduling dates or other dates that the Court finds suitable. Having considered the parties' Stipulated Motion for Case Scheduling Order Regarding Expert Disclosures and the files herein, the Court GRANTS the stipulated motion as follows:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | January 9, 2019 | July 8, 2019 |
| Rebuttal expert disclosures/reports | February 15, 2019 | August 7, 2019 |

ORDER GRANTING STIPULATED MOTION FOR CASE
SCHEDULING ORDER RE EXPERT DISCLOSURES
(NO. 2:18-cv-00297-RSL) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | | |
|---|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) | September 4, 2019 | September 4, 2019 |
| Discovery completed by | September 6, 2019 | September 6, 2019 |
| Settlement conference held no later than | September 20, 2019 | September 20, 2019 |
| All dispositive motions must be filed and noted on the motion calendar no later than the fourth Friday thereafter (*see* LCR 7(d)(3)) | October 8, 2019 | October 8, 2019 |
| Plaintiff's Pretrial Statement | November 15, 2019 | November 15, 2019 |
| All motions *in limine* must be filed and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | December 6, 2019 | December 6, 2019 |
| Defendant's Pretrial Statement | November 20, 2019 | November 20, 2019 |
| Deadline for Conference of Counsel regarding Joint Pretrial Order | December 6, 2019 | December 6, 2019 |
| Exchange proposed jury instructions and verdict form | December 6, 2019 | December 6, 2019 |
| Exchange of deposition designations | December 6, 2019 | December 6, 2019 |
| Issue and serve trial subpoenas | December 23, 2019 | December 23, 2019 |
| Agreed pretrial order due | April 24, 2019 | December 27, 2019 |
| Exchange objections and cross-designations to deposition designations | December 12, 2019 | December 12, 2019 |
| Exchange objections to proposed jury instructions and verdict form | December 16, 2019 | December 16, 2019 |
| Pretrial conference to be scheduled by the Court | | |
| Exchange objections to deposition cross-designation | December 19, 2019 | December 19, 2019 |
| Deadline to file deposition designations | December 23, 2019 | December 23, 2019 |
| Trial briefs, proposed voir dire, jury instructions and trial exhibits due | December 30, 2019 | December 30, 2019 |
| Jury Trial Date | January 6, 2020 | January 6, 2020 |

ORDER GRANTING STIPULATED MOTION FOR CASE
SCHEDULING ORDER RE EXPERT DISCLOSURES
(NO. 2:18-cv-00297-RSL) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Entered on this 4th day of December 2018.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Presented by:

| KRUTCH LINDELL BINGHAM JONES, PS | MILLS MEYERS SWARTLING P.S. |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant Delta Air Lines, Inc. |

By: *s/J. Nathan Bingham*
11/28/2018 E-mail Authority
J. Nathan Bingham
WSBA No. 46325
Thomas W. Bingham
WSBA No. 7575
Jeffrey C. Jones
WSBA No. 7670

By: *s/Caryn Geraghty Jorgensen*
Caryn Geraghty Jorgensen
WSBA No. 27514
John Fetters
WSBA No. 40800
Rachael R. Wallace
WSBA No. 49778

ORDER GRANTING STIPULATED MOTION FOR CASE
SCHEDULING ORDER RE EXPERT DISCLOSURES
(NO. 2:18-cv-00297-RSL) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343